UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DERRICK D. JOHNSON,　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #106719

v.　　　　　　　　　　1:19-cv-00086-JM-JJV

POWELL, Medical Staff Manager,
CCS Medical Services; *et al.*　　　　　　　　　　　　　　　　　　DEFENDANTS

# ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Amended Complaint (Doc. No. 6) is DISMISSED WITHOUT PREJUDICE for failing to state a claim upon which relief may be granted.

2. Dismissal of this action is a "strike" under 28 U.S.C. § 1915(g).

3. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 4th day of November, 2019.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE