# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

DERRICK D. JOHNSON,　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #106719

v.　　　　　　　　　　　　　1:19-cv-00086-JM-JJV

POWELL, Medical Staff Manager,
CCS Medical Services; *et al.*　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is DISMISSED WITHOUT PREJUDICE. All relief sought is denied, and the case is closed. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 4th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE